# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

PATRICIA CONLON                          §
                                         §
v.                                       §        CIVIL ACTION NO. 3:25-CV-1519-S-BT
                                         §
H&K INTERNATIONAL, INC.                  §

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. FED R. CIV. P. 41(b).

**SO ORDERED.**

SIGNED May 12, 2026.

_____
UNITED STATES DISTRICT JUDGE